JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARNOU AGHAMALIAN, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | No. CV 17-8289 PA<br>CR 98-1038 PA<br><br>JUDGMENT DISMISSING PETITIONER'S ACTION WITH PREJUDICE |
|---|---|

Pursuant to the Court's October 10, 2018 Order denying Petitioner Arnou Aghamalian' Petition for a Writ of Coram Nobis pursuant to 28 U.S.C. § 1651(a),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

DATED: October 10, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE